ACCEPTED
09-25-00135-CV
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
5/6/2025 10:57 AM
CARLY LATIOLAIS
CLERK

**Chief Justice**

SCOTT BRISTER

**Justices**

SCOTT FIELD
APRIL FARRIS



**Clerk**

CHRISTOPHER A. PRINE

Phone: 512-463-1610

FILED IN
9th COURT OF APPEALS
www.txcourts.gov/15thCoa
BEAUMONT, TEXAS
5/6/2025 10:57:59 AM
CARLY LATIOLAIS
Clerk

# Fifteenth Court of Appeals

P.O. Box 12852,
Austin, Texas 78711

May 6, 2025

The Honorable Carly Latiolais, Clerk          via EFILE Texas
Ninth Court of Appeals
1085 Pearl St., Suite 330
Beaumont, Texas 77701

RE:   Court of Appeals Number:  09-25-00135-CV
      Trial Court Case Number:   24DCCV2154

Style:  Port Arthur Independent School District v.
        Dwight Wagner

Dear Mr. Latiolais:

The Fifteenth Court of Appeals agrees with the Ninth's Court's recommendation that the Motion to Transfer should be granted and this matter should be transferred to this Court as set forth in Texas Rule of Appellate Procedure 27a(c)(1)(C).

Please let me know if you need any additional information.

Sincerely,

Christopher A. Prine, Clerk

cc:    Counsel of Record – via EFILE Texas

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 100483966
Filing Code Description: Letter
Filing Description: Response to TRAP 27 a Transfer Request
Status as of 5/6/2025 12:14 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Brandon Monk | 24048668 | brandon@themonklawfirm.com | 5/6/2025 10:57:59 AM | SENT |
| Sherlyn Harper | 24093176 | sherlyn.harper@oag.texas.gov | 5/6/2025 10:57:59 AM | SENT |
| Melody Carrier | | mcarrier@caflawgroup.com | 5/6/2025 10:57:59 AM | SENT |
| Marivious Allen | | mallen@caflawgroup.com | 5/6/2025 10:57:59 AM | SENT |
| Tracie Bullock | | tracie@caflawgroup.com | 5/6/2025 10:57:59 AM | SENT |